IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MAMIE LEE FLOYD,

        Petitioner,

vs.                                                      CASE NO.  5:04cv363-SPM/AK

JOSE BARRON, JR., WARDEN,

        Respondent.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated April 5, 2005 (doc. 8).  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 8) is ADOPTED and incorporated by reference in this order.

2.    The amended petition for writ of habeas corpus (doc. 5) is denied.  The denial is without prejudice to Petitioner's opportunity to file a new petition

after exhausting administrative remedies.

DONE AND ORDERED this 6th day of July, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge